No. 624. THE UNITED STATES, PETITIONER, *v.* THE CORNELL STEAMBOAT COMPANY. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General* and *The*

*Solicitor General* for petitioner. *Mr. Robert D. Benedict* for respondent.

